# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

January 31, 2014

147706-7 & (74)

DAY LIVING TRUST,
        Plaintiff/Counter Defendant,

v
        SC: 147706
        COA: 309531
        Washtenaw CC: 11-000376-CH

PETER J. KELLEY and CATHARINE J.
KELLEY,
        Defendants/Counter
        Plaintiffs-Appellants,

and

FINANCIAL ASSOCIATES OF AMERICA,
LTD,
        Counter Defendant-Appellee.
_____/

DAY LIVING TRUST,
        Plaintiff/Counter Defendant,

v
        SC: 147707
        COA: 309566
        Washtenaw CC: 11-000376-CH

PETER J. KELLEY and CATHARINE J.
KELLEY,
        Defendants/Counter
        Plaintiffs-Appellants,

and

FINANCIAL ASSOCIATES OF AMERICA,
LTD,
        Counter Defendant,

and

J. EDWARD KLOIAN,
        Appellee.
_____/

On order of the Court, we GRANT that part of appellee Kloian's motion that seeks immediate consideration of the application and DENY relief in all other respects. The application for leave to appeal the June 6, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

d0127